UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

UNITED STATES OF AMERICA,        ]
                                 ]
v.                               ]
                                 ]        CASE NO. 6:20CR00001
NICOLE MITCHELL.                 ]
                                 ]

ORDER GRANTING MOTION FOR LEAVE OF ABSENCE

Whereas Tom A. Peterson IV, counsel for Nicole Mitchell in the above-styled case, filed

his Motion for Leave of Absence herein in which he properly requested leave of absence from this

Court for the period of time covering February 27-28 for the Southern District Advisory

Committee Meeting and March 19-20, 2020 for family.

It is hereby ordered and adjudged that said Motion for Leave of Absence is granted

regarding the foregoing dates.

So ordered, this 7th day of   February _____, 20 20 .

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia