UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBRO DIVISION

| UNITED STATES OF AMERICA, | ] | |
|---|---|---|
| v. | ] | |
| | ] | CASE NO. 6:20CR00001 |
| NICOLE MITCHELL. | ] | |

ORDER GRANTING MOTION FOR LEAVE OF ABSENCE

Whereas Tom A. Peterson IV, counsel for Nicole Mitchell in the above-styled case, filed his Motion for Leave of Absence herein in which he properly requested leave of absence from this Court for the period of time covering May 7-8, 2020 for the 11th Circuit Judicial Conference and June 22-26, 2020 for family vacation.

It is hereby ordered and adjudged that said Motion for Leave of Absence is granted regarding the foregoing dates.

So ordered, this 4th day of March, 2020.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia